*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Victoria L. Cosenza
    Debtor(s)

Case No: 18–17592–amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion to Dismiss Case for Failure to Make Plan Payments, Motion to Dismiss Case; feasibility and underfunding Filed by SCOTT F. WATERMAN (Chapter 13) Represented by ROLANDO RAMOS–CARDONA (Counsel). Matter rescheduled from 10/2/19.

    on: 10/3/19

    at: 10:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 8/12/19

Timothy B. McGrath
Clerk of Court

38 – 23
Form 167