United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-17592-amc
Victoria L. Cosenza                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: BarbaraS          Page 1 of 1          Date Rcvd: Aug 12, 2019
                             Form ID: 167             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2019.
db            +Victoria L. Cosenza,   1035 Locust Street,   Reading, PA 19604-2226
14230751      +Apex Asset,   2501 Oregon Pike,   Lancaster, PA 17601-4890
14230752      +Bureau Of Account Mana,   3607 Rosemont Ave Ste 50,   Camp Hill, PA 17011-6943
14286562      +COMCAST,   PO BOX 1931,   Burlingame, CA 94011-1931
14230760      +Santande Consumer USA,   PO Box 961245,   Fort Worth, TX 76161-0244
14254692      +Santander Consumer USA Inc.,   PO Box 961245,   Fort Worth, TX 76161-0244
14280848      +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,   211 North Front Street,
               Harrisburg, PA 17101-1406
14230761      +US Bank National Assoc.,   211 N. Front Street,   Harrisburg, PA 17101-1406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14261825      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 13 2019 04:00:20     Directv, LLC,
               by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14230758      +E-mail/Text: bknotice@ercbpo.com Aug 13 2019 03:42:22     Enhanced Recovery Co L,
               8014 Bayberry Rd,   Jacksonville, FL 32256-7412
14246218       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 13 2019 03:42:29     Jefferson Capital Systems LLC,
               Po Box 7999,   Saint Cloud Mn 56302-9617
14266129      +E-mail/PDF: cbp@onemainfinancial.com Aug 13 2019 03:58:08     OneMain,   PO Box 3251,
               Evansville, IN 47731-3251
14230759      +E-mail/PDF: cbp@onemainfinancial.com Aug 13 2019 03:59:48     Onemain,   Po Box 1010,
               Evansville, IN 47706-1010
14260915       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 13 2019 03:58:17
               Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
                                                                                   TOTAL: 6

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Santander Consumer USA Inc.,   P.O. Box 961245,   Fort Worth, TX 76161-0244
14230753*     +Bureau Of Account Mana,   3607 Rosemont Ave Ste 50,   Camp Hill, PA 17011-6943
14230754*     +Bureau Of Account Mana,   3607 Rosemont Ave Ste 50,   Camp Hill, PA 17011-6943
14230755*     +Bureau Of Account Mana,   3607 Rosemont Ave Ste 50,   Camp Hill, PA 17011-6943
14230756*     +Bureau Of Account Mana,   3607 Rosemont Ave Ste 50,   Camp Hill, PA 17011-6943
14230757*     +Bureau Of Account Mana,   3607 Rosemont Ave Ste 50,   Camp Hill, PA 17011-6943
                                                                      TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 14, 2019                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2019 at the address(es) listed below:
        BRENNA HOPE MENDELSOHN   on behalf of Debtor Victoria L. Cosenza tobykmendelsohn@comcast.net
        KEVIN G. MCDONALD   on behalf of Creditor   U.S. Bank National Association (Trustee for the
        Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com
        ROLANDO RAMOS-CARDONA   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
        ecfmail@readingch13.com,  ecf_frpa@trustee13.com
        SCOTT  WATERMAN   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@fredreiglech13.com,
        ecf_frpa@trustee13.com
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM EDWARD CRAIG   on behalf of Creditor   Santander Consumer USA Inc.
        ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                      TOTAL: 7

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Victoria L. Cosenza

     Debtor(s)

Case No: 18−17592−amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion to Dismiss Case for Failure to Make Plan Payments, Motion to Dismiss Case; feasibility and underfunding Filed by SCOTT F. WATERMAN (Chapter 13) Represented by ROLANDO RAMOS−CARDONA (Counsel).
Matter rescheduled from 10/2/19.

on: 10/3/19

at: 10:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  8/12/19

Timothy B. McGrath
Clerk of Court

38 − 23
Form 167