IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| In re: VICTORIA L. COSENZA **Debtor(s)** | ) ) ) CHAPTER 13 |
| SANTANDER CONSUMER USA INC. **Moving Party** | ) ) Case No.: 18-17592 (AMC) ) |
| v. | ) ) |
| VICTORIA L. COSENZA **Respondent(s)** | ) ) ) |
| SCOTT WATERMAN **Trustee** | ) ) ) ) ) ) |

## PRAECIPE WITHDRAWING SANTANDER'S OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw Santander's Objection To Confirmation, filed on or about January 25, 2019 in the above-referenced case, number 18 on the docket.

Date:  11/12/19

_____
William E. Craig, Esquire
Attorney ID 92329
Morton & Craig LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Phone (856) 866-0100
Fax (856) 722-1554
Attorney for Santander Consumer USA Inc.