IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| In re: VICTORIA L. COSENZA<br>**Debtor(s)**<br><br>SANTANDER CONSUMER USA INC.<br>**Moving Party**<br><br>v.<br><br>VICTORIA L. COSENZA<br>**Respondent(s)**<br><br>SCOTT WATERMAN<br>**Trustee** | CHAPTER 13<br><br>Case No.: 18-17592 (AMC) |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtor in settlement of the Objection To Confirmation, and filed on or about November 12, 2019 in the above matter is APPROVED.

Dated: **November 15, 2019**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE