United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 18-17592-amc
Victoria L. Cosenza                                                                       Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR          Page 1 of 1          Date Rcvd: Nov 14, 2019
                      Form ID: 155       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2019.
db             +Victoria L. Cosenza,    1035 Locust Street,    Reading, PA 19604-2226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2019 at the address(es) listed below:
       BRENNA HOPE MENDELSOHN    on behalf of Debtor Victoria L. Cosenza tobykmendelsohn@comcast.net
       KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association (Trustee for the
        Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com
       LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association (Trustee for the
        Pennsylvania Housing Finance Agency) lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
       ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
        ecfmail@readingch13.com
       SCOTT   WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com
       SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
        ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                    TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Victoria L. Cosenza
        Debtor(s)                                     Chapter: 13

                                             Bankruptcy No: 18−17592−amc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 14th day of November 2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                          Ashely M. Chan
                                          Judge ,
                                          United States Bankruptcy Court