United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 18-17592-amc
Victoria L. Cosenza                                                                 Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: SaraR            Page 1 of 1              Date Rcvd: Nov 15, 2019
                               Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2019.
db            +Victoria L. Cosenza,   1035 Locust Street,   Reading, PA 19604-2226
cr            +Santander Consumer USA Inc.,   P.O. Box 961245,   Fort Worth, TX 76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
            BRENNA HOPE MENDELSOHN   on behalf of Debtor Victoria L. Cosenza tobykmendelsohn@comcast.net
            KEVIN G. MCDONALD   on behalf of Creditor    U.S. Bank National Association (Trustee for the
            Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com
            LEON P. HALLER   on behalf of Creditor    U.S. Bank National Association (Trustee for the
            Pennsylvania Housing Finance Agency) lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
            ROLANDO RAMOS-CARDONA   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
            ecfmail@readingch13.com
            SCOTT WATERMAN   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@fredreiglech13.com
            SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
            United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM EDWARD CRAIG   on behalf of Creditor    Santander Consumer USA Inc.
            ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                          TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| In re: VICTORIA L. COSENZA     ) **Debtor(s)**    ) | |

In re: VICTORIA L. COSENZA )
  **Debtor(s)** )
       ) CHAPTER 13
SANTANDER CONSUMER USA INC. )
  **Moving Party** ) Case No.: 18-17592 (AMC)
       )
  v.   )
       )
VICTORIA L. COSENZA )
  **Respondent(s)** )
       )
SCOTT WATERMAN )
  **Trustee** )
       )
       )
_____)

## **ORDER APPROVING STIPULATION**

   IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc.
and the Debtor in settlement of the Objection To Confirmation, and filed on or about
November 12, 2019 in the above matter is APPROVED.

Dated:   **November 15, 2019**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE