| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 18-17592-PMM**

VICTORIA  L  COSENZA
1035 LOCUST STREET
READING  PA    19604

Petition Filed Date: 11/15/2018
341 Hearing Date: 02/12/2019
Confirmation Date: 11/14/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2019 | $350.00 | 17860022326 | 02/27/2019 | $350.00 | 17893016172 | 03/14/2019 | $350.00 | 17900708017 |
| 04/29/2019 | $350.00 | 17900708172 | 05/24/2019 | $700.00 | Delinquency (C | 08/19/2019 | $350.00 | Monthly Plan P |
| 09/12/2019 | $350.00 | Monthly Plan P | 10/07/2019 | $1,026.00 | | 10/09/2019 | $1,026.00 | |
| 11/06/2019 | $1,026.00 | | 01/09/2020 | $1,026.00 | | 02/13/2020 | $1,026.00 | |
| 03/09/2020 | $1,026.00 | | 04/10/2020 | $1,026.00 | | 05/01/2020 | $1,072.00 | |
| 05/18/2020 | $1,072.00 | | 07/14/2020 | $1,072.00 | | | | |

**Total Receipts for the Period: $13,198.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $13,198.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | SANTANDER CONSUMER USA<br>»»  002 | Secured Creditors | $14,200.00 | $3,181.43 | $11,018.57 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,150.00 | $3,150.00 | $0.00 |
| 2 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  001 | Unsecured Creditors | $638.28 | $0.00 | $638.28 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  003 | Unsecured Creditors | $993.13 | $0.00 | $993.13 |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  004 | Unsecured Creditors | $494.61 | $0.00 | $494.61 |
| 5 | PA HOUSING FINANCE AGENCY<br>»»  005 | Mortgage Arrears | $35,339.88 | $5,660.41 | $29,679.47 |
| 6 | COMCAST<br>»»  006 | Unsecured Creditors | $688.90 | $0.00 | $688.90 |

**Chapter 13 Case No. 18-17592-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,198.00 | Current Monthly Payment: | $1,072.00 |
| Paid to Claims: | $11,991.84 | Arrearages: | $2,144.00 |
| Paid to Trustee: | $1,206.16 | Total Plan Base: | $58,498.44 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.