Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-17592-PMM**

VICTORIA  L  COSENZA
1035 LOCUST STREET
READING  PA    19604

Petition Filed Date: 11/15/2018
341 Hearing Date: 02/12/2019
Confirmation Date: 11/14/2019

Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 01/09/2020 | $1,026.00 | | 02/13/2020 | $1,026.00 | | 03/09/2020 | $1,026.00 | |
| 04/10/2020 | $1,026.00 | | 05/01/2020 | $1,072.00 | | 05/18/2020 | $1,072.00 | |
| 07/14/2020 | $1,072.00 | | 08/18/2020 | $1,072.00 | | 09/23/2020 | $1,072.00 | |
| 10/30/2020 | $1,072.00 | | 12/03/2020 | $1,072.00 | | 01/25/2021 | $716.85 | |
| 02/24/2021 | $716.85 | | 03/23/2021 | $716.85 | | 04/23/2021 | $716.85 | |

**Total Receipts for the Period:  $14,475.40   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $20,353.40**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | SANTANDER CONSUMER USA <br> »» 002 | Secured Creditors | $14,200.00 | $4,616.40 | $9,583.60 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,150.00 | $3,150.00 | $0.00 |
| 2 | JEFFERSON CAPITAL SYSTEMS LLC <br> »» 001 | Unsecured Creditors | $638.28 | $0.00 | $638.28 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES <br> »» 003 | Unsecured Creditors | $993.13 | $0.00 | $993.13 |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR <br> »» 004 | Unsecured Creditors | $494.61 | $0.00 | $494.61 |
| 5 | PA HOUSING FINANCE AGENCY <br> »» 005 | Mortgage Arrears | $35,339.88 | $9,525.64 | $25,814.24 |
| 6 | COMCAST <br> »» 006 | Unsecured Creditors | $688.90 | $0.00 | $688.90 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |

**Chapter 13 Case No. 18-17592-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,353.40 | Current Monthly Payment: | $716.85 |
| Paid to Claims: | $18,582.04 | Arrearages: | $716.85 |
| Paid to Trustee: | $1,771.36 | Total Plan Base: | $59,780.15 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.