Case 18-17592-pmm   Doc 79   Filed 08/12/22   Entered 08/12/22 10:18:12   Desc Main
Document      Page 1 of 2

| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 18-17592-PMM**

VICTORIA L COSENZA
1035 LOCUST STREET
READING PA 19604

Petition Filed Date: 11/15/2018
341 Hearing Date: 02/12/2019
Confirmation Date: 11/14/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/23/2021 | $716.85 | | 06/16/2021 | $716.85 | | 07/27/2021 | $716.85 | |
| 09/08/2021 | $716.85 | | 10/08/2021 | $716.85 | | 11/17/2021 | $716.85 | |
| 12/20/2021 | $716.85 | | 01/24/2022 | $716.85 | | 02/23/2022 | $716.85 | |
| 03/23/2022 | $716.85 | | 04/25/2022 | $716.85 | | 05/26/2022 | $716.85 | |
| 06/29/2022 | $716.85 | | 07/29/2022 | $716.85 | | | | |

**Total Receipts for the Period: $10,035.90   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $29,672.45**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | SANTANDER CONSUMER USA<br>»» 002 | Secured Creditors | $14,200.00 | $6,747.36 | $7,452.64 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,150.00 | $3,150.00 | $0.00 |
| 2 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 001 | Unsecured Creditors | $638.28 | $0.00 | $638.28 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $993.13 | $0.00 | $993.13 |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 004 | Unsecured Creditors | $494.61 | $0.00 | $494.61 |
| 5 | PA HOUSING FINANCE AGENCY<br>»» 005 | Mortgage Arrears | $35,339.88 | $15,265.69 | $20,074.19 |
| 6 | COMCAST<br>»» 006 | Unsecured Creditors | $688.90 | $0.00 | $688.90 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |

**Chapter 13 Case No. 18-17592-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,672.45 | Current Monthly Payment: | $716.85 |
| Paid to Claims: | $26,453.05 | Arrearages: | $1,433.70 |
| Paid to Trustee: | $2,559.90 | Total Plan Base: | $59,780.15 |
| Funds on Hand: | $659.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.