Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 18-17592-PMM**

VICTORIA L COSENZA  
1035 LOCUST STREET  
READING PA 19604

Petition Filed Date: 11/15/2018  
341 Hearing Date: 02/12/2019  
Confirmation Date: 11/14/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/29/2022 | $716.85 | | 09/30/2022 | $716.85 | | 10/31/2022 | $716.85 | |
| 12/02/2022 | $716.85 | | 01/03/2023 | $716.85 | | 02/02/2023 | $716.85 | |
| 03/02/2023 | $716.85 | | 04/03/2023 | $716.85 | | 05/02/2023 | $716.85 | |
| 06/05/2023 | $716.85 | | 07/07/2023 | $716.85 | | | | |

**Total Receipts for the Period: $7,885.35   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $38,274.65**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | SANTANDER CONSUMER USA<br>»» 002 | Secured Creditors | $14,200.00 | $8,882.20 | $5,317.80 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,150.00 | $3,150.00 | $0.00 |
| 2 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 001 | Unsecured Creditors | $638.28 | $0.00 | $638.28 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $993.13 | $0.00 | $993.13 |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 004 | Unsecured Creditors | $494.61 | $0.00 | $494.61 |
| 5 | PA HOUSING FINANCE AGENCY<br>»» 005 | Mortgage Arrears | $35,339.88 | $21,016.17 | $14,323.71 |
| 6 | COMCAST INC<br>»» 006 | Unsecured Creditors | $688.90 | $0.00 | $688.90 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |

Chapter 13 Case No. 18-17592-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $38,274.65 | Current Monthly Payment: | $716.85 |
| Paid to Claims: | $34,338.37 | Arrearages: | $1,433.70 |
| Paid to Trustee: | $3,283.95 | Total Plan Base: | $59,780.15 |
| Funds on Hand: | $652.33 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.