UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
:
VICTORIA L. COSENZA :
: BANKRUPTCY NO. 18-17592-pmm
:
Debtor :
: CHAPTER 13
PENNSYLVANIA HOUSING FINANCE AGENCY :
:
Movant :
vs. :
:
VICTORIA L. COSENZA and :
SCOTT F. WATERMAN, Trustee :
Respondents :

## WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE

Leon P. Haller, Attorney for Movant hereby withdraws the Notice of Mortgage Payment Change filed October 17, 2023, in the above case.

                                            PURCELL, KRUG & HALLER

                                            By: /s/Leon P. Haller
                                                Leon P. Haller, Attorney for Movant
                                                1719 North Front Street
                                                Harrisburg, PA  17102-2392
                                                (717)234-4178
                                                (717) 234-0409 (fax)
                                                lhaller@pkh.com
                                                Attorney ID #15700

Dated:  December 7, 2023