| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 18-17592-PMM**

VICTORIA  L  COSENZA  
1035 LOCUST STREET  
READING  PA    19604

Petition Filed Date: 11/15/2018  
341 Hearing Date: 02/12/2019  
Confirmation Date: 11/14/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2023 | $716.85 | | 09/08/2023 | $716.85 | | 10/06/2023 | $716.85 | |
| 11/09/2023 | $716.85 | | 11/27/2023 | $716.85 | | 12/07/2023 | $716.85 | |
| 01/11/2024 | $716.85 | | 02/15/2024 | $716.85 | | 03/22/2024 | $716.85 | |
| 04/25/2024 | $716.85 | | 05/24/2024 | $716.85 | | 06/25/2024 | $716.85 | |

**Total Receipts for the Period: $8,602.20    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $46,876.85**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | SANTANDER CONSUMER USA INC »» 002 | Secured Creditors | $14,200.00 | $11,156.86 | $3,043.14 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,150.00 | $3,150.00 | $0.00 |
| 2 | JEFFERSON CAPITAL SYSTEMS LLC »» 001 | Unsecured Creditors | $638.28 | $0.00 | $638.28 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES »» 003 | Unsecured Creditors | $993.13 | $0.00 | $993.13 |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR »» 004 | Unsecured Creditors | $494.61 | $0.00 | $494.61 |
| 5 | PA HOUSING FINANCE AGENCY »» 005 | Mortgage Arrears | $35,339.88 | $27,143.04 | $8,196.84 |
| 6 | COMCAST INC »» 006 | Unsecured Creditors | $688.90 | $0.00 | $688.90 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |

**Chapter 13 Case No. 18-17592-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $46,876.85 | Current Monthly Payment: | $716.85 |
| Paid to Claims: | $42,739.90 | Arrearages: | $2,150.55 |
| Paid to Trustee: | $4,136.95 | Total Plan Base: | $59,780.15 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.