| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 18-17592-PMM

VICTORIA  L  COSENZA
1035 LOCUST STREET
READING  PA   19604

Petition Filed Date: 11/15/2018
341 Hearing Date: 02/12/2019
Confirmation Date: 11/14/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2024 | $716.85 | | 08/30/2024 | $716.85 | | 09/30/2024 | $716.85 | |
| 11/01/2024 | $716.85 | | 12/03/2024 | $716.85 | | 01/10/2025 | $716.85 | |
| 01/10/2025 | $716.85 | | 01/13/2025 | $716.85 | | 03/05/2025 | $716.85 | |
| 04/07/2025 | $716.85 | | 05/12/2025 | $716.85 | | 06/11/2025 | $716.85 | |
| 07/09/2025 | $716.85 | | | | | | | |

**Total Receipts for the Period: $9,319.05   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $56,195.90**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | SANTANDER CONSUMER USA INC <br> »»  002 | Secured Creditors | $14,200.00 | $13,482.93 | $717.07 |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $3,150.00 | $3,150.00 | $0.00 |
| 2 | JEFFERSON CAPITAL SYSTEMS LLC <br> »»  001 | Unsecured Creditors | $638.28 | $0.00 | $638.28 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES <br> »»  003 | Unsecured Creditors | $993.13 | $0.00 | $993.13 |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR <br> »»  004 | Unsecured Creditors | $494.61 | $0.00 | $494.61 |
| 5 | PA HOUSING FINANCE AGENCY <br> »»  005 | Mortgage Arrears | $35,339.88 | $33,408.39 | $1,931.49 |
| 6 | COMCAST INC <br> »»  006 | Unsecured Creditors | $688.90 | $0.00 | $688.90 |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |

**Chapter 13 Case No. 18-17592-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $56,195.90 | Current Monthly Payment: | $716.85 |
| Paid to Claims: | $51,331.32 | Arrearages: | $1,433.70 |
| Paid to Trustee: | $4,864.58 | Total Plan Base: | $59,780.15 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.