| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | **VICTORIA L COSENZA** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Eastern District of Pennsylvania** (State) |
| Case Number | **18-17592-PMM** |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made   12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).

### Part 1: Mortgage Information

**Name of claim holder:** PA HOUSING FINANCE AGENCY

**Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account:   5  1  9  4

**Property Address:** 1035 LOCUST STREET
Number     Street

READING                                                              PA          19604
City                                                                       State     ZIP Code

### Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 35,339.88 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 35,339.88 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 35,339.88 |

## Part 4: Postpetition Payment

*Check one:*

☒ Postpetition payments are made by the debtor.
☐ Postpetition payments are paid through the trustee.
☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:   $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee:   $ -0-

## Part 6: A Response Is Required By Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

Signature: ✗ /s/ Scott F. Waterman      Date: 12/23/2025

Trustee: Scott F. Waterman
Address: 2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Contact phone: (610) 779-1313
Email: info@ReadingCh13.com

| Debtor 1 | VICTORIA L COSENZA | | Case Number **18-17592-PMM** | Page 1 |
|---|---|---|---|---|
| | Name | | | |

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 12/20/2019 | 17194691 | Disbursement To Creditor/Principal | 826.85 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 01/24/2020 | 17196395 | Disbursement To Creditor/Principal | 683.13 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 02/21/2020 | 17197370 | Disbursement To Creditor/Principal | 683.13 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 03/20/2020 | 17199080 | Disbursement To Creditor/Principal | 683.13 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 04/17/2020 | 17200688 | Disbursement To Creditor/Principal | 673.40 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 05/22/2020 | 17202186 | Disbursement To Creditor/Principal | 1,407.18 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 07/17/2020 | 17204879 | Disbursement To Creditor/Principal | 703.59 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 08/21/2020 | 17206295 | Disbursement To Creditor/Principal | 703.59 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 09/29/2020 | 17207749 | Disbursement To Creditor/Principal | 703.59 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 11/20/2020 | 8000242 | Disbursement To Creditor/Principal | 727.04 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 12/21/2020 | 8000322 | Disbursement To Creditor/Principal | 727.04 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 03/19/2021 | 8000490 | Disbursement To Creditor/Principal | 31.61 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 04/23/2021 | 8000546 | Disbursement To Creditor/Principal | 486.18 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 05/25/2021 | 8000608 | Disbursement To Creditor/Principal | 486.18 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 06/25/2021 | 8000676 | Disbursement To Creditor/Principal | 470.50 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 08/20/2021 | 8000810 | Disbursement To Creditor/Principal | 470.50 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 09/24/2021 | 8000890 | Disbursement To Creditor/Principal | 470.50 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 10/22/2021 | 8000963 | Disbursement To Creditor/Principal | 480.95 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 11/19/2021 | 8001035 | Disbursement To Creditor/Principal | 480.95 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 01/21/2022 | 8001179 | Disbursement To Creditor/Principal | 480.95 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 02/18/2022 | 8001260 | Disbursement To Creditor/Principal | 480.95 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 03/18/2022 | 8001345 | Disbursement To Creditor/Principal | 480.95 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 04/22/2022 | 8001440 | Disbursement To Creditor/Principal | 480.95 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 05/17/2022 | 8001530 | Disbursement To Creditor/Principal | 480.95 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 06/27/2022 | 8001621 | Disbursement To Creditor/Principal | 480.95 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 07/22/2022 | 8001732 | Disbursement To Creditor/Principal | 480.95 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 08/19/2022 | 8001842 | Disbursement To Creditor/Principal | 480.95 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 09/23/2022 | 8001931 | Disbursement To Creditor/Principal | 480.95 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 10/21/2022 | 8002039 | Disbursement To Creditor/Principal | 480.95 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 11/18/2022 | 8002160 | Disbursement To Creditor/Principal | 480.95 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 12/16/2022 | 8002262 | Disbursement To Creditor/Principal | 480.95 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 01/20/2023 | 8002350 | Disbursement To Creditor/Principal | 480.95 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 02/17/2023 | 8002463 | Disbursement To Creditor/Principal | 480.95 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 03/17/2023 | 8002571 | Disbursement To Creditor/Principal | 480.95 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 04/21/2023 | 8002697 | Disbursement To Creditor/Principal | 475.72 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 05/19/2023 | 8002822 | Disbursement To Creditor/Principal | 475.72 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 06/16/2023 | 8002949 | Disbursement To Creditor/Principal | 475.72 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 07/21/2023 | 8003074 | Disbursement To Creditor/Principal | 475.72 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 08/18/2023 | 8003215 | Disbursement To Creditor/Principal | 475.72 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 09/22/2023 | 8003329 | Disbursement To Creditor/Principal | 475.72 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 10/20/2023 | 8003452 | Disbursement To Creditor/Principal | 470.49 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 11/17/2023 | 8003578 | Disbursement To Creditor/Principal | 470.49 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 12/15/2023 | 8003723 | Disbursement To Creditor/Principal | 940.99 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 01/22/2024 | 8003838 | Disbursement To Creditor/Principal | 470.49 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 02/16/2024 | 8003959 | Disbursement To Creditor/Principal | 470.50 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 04/19/2024 | 8004217 | Disbursement To Creditor/Principal | 470.49 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 05/24/2024 | 8004355 | Disbursement To Creditor/Principal | 470.50 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 06/21/2024 | 8004505 | Disbursement To Creditor/Principal | 470.49 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 07/19/2024 | 8004637 | Disbursement To Creditor/Principal | 470.50 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 08/16/2024 | 8004769 | Disbursement To Creditor/Principal | 470.49 |

| Debtor 1 | VICTORIA L COSENZA | | Case Number | 18-17592-PMM | Page 2 |
|---|---|---|---|---|---|
| | Name | | | | |

## History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 09/20/2024 | 8004894 | Disbursement To Creditor/Principal | 470.50 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 10/15/2024 | 8005024 | Disbursement To Creditor/Principal | 470.49 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 11/15/2024 | 8005140 | Disbursement To Creditor/Principal | 475.72 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 12/20/2024 | 8005267 | Disbursement To Creditor/Principal | 475.72 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 01/17/2025 | 8005395 | Disbursement To Creditor/Principal | 1,427.15 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 03/21/2025 | 8005652 | Disbursement To Creditor/Principal | 475.72 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 04/17/2025 | 8005769 | Disbursement To Creditor/Principal | 494.01 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 05/22/2025 | 8005885 | Disbursement To Creditor/Principal | 494.01 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 06/13/2025 | 8006009 | Disbursement To Creditor/Principal | 494.01 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 07/18/2025 | 8006136 | Disbursement To Creditor/Principal | 494.01 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 08/22/2025 | 8006244 | Disbursement To Creditor/Principal | 494.01 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 09/19/2025 | 8006370 | Disbursement To Creditor/Principal | 494.02 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 10/24/2025 | 8006482 | Disbursement To Creditor/Principal | 482.51 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 11/21/2025 | 8006595 | Disbursement To Creditor/Principal | 482.52 |
| 5-1 | PA HOUSING FINANCE AGEN | Pre-Petition Arrears | 12/17/2025 | 8006700 | Disbursement To Creditor/Principal | 472.44 |
| | | | | | Total for Claim Number 5-1: | 35,339.88 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **35,339.88** |