Certificate Number: 20102-PAE-DE-040592674

Bankruptcy Case Number: 18-17592



20102-PAE-DE-040592674

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 6, 2026, at 4:26 o'clock PM EST, Victoria Cosenza completed a course on personal financial management given by internet by 1stopbk.com Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 6, 2026             By:   /s/Marcy Walter

                                     Name: Marcy Walter

                                     Title: President-Manager