*Form 138FIN* (6/24)–doc 101 – 99

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                )
   Victoria L. Cosenza                   )          Case No. 18–17592–pmm
                                  )
                                  )
   Debtor(s).                           )          Chapter: 13
                                  )
                                  )

## <u>NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT</u>

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: February 27, 2026                                    For The Court

                                                   Mohung Wong
                                                   Clerk of Court